UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME BROWN,

    Plaintiff,

v.                                  Case No. 12-13716

COMMISSIONER OF SOCIAL        HON. TERRENCE G. BERG
SECURITY,                           HON. MARK A. RANDON
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION (Dkt. 21)

This matter is before the court on Magistrate Judge Mark A. Randon's May 15, 2013 Report and Recommendation (Dkt. 21), recommending that Plaintiff's Motion for Summary Judgment be GRANTED, that Defendant's Motion for Summary Judgment be DENIED, and that the case be REMANDED to the Commissioner for calculation and award of benefits.

The court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will,

therefore, accept the Magistrate's Report and Recommendation of May 15, 2013, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Randon's Report and Recommendation of May 15, 2013, (Dkt.21) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. 16) is **GRANTED**, Defendant's Motion for Summary Judgment (Dkt. 19) is **DENIED**, and the case is **REMANDED** to the Commissioner for calculation and award of benefits.

Dated:  June 3, 2013                                s/Terrence G. Berg
                                                    TERRENCE G. BERG
                                                    UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on June 3, 2013, using the CM/ECF system, which will send notification to all parties.

                                                    s/A. Chubb
                                                    Case Manager